22 cr 8



# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  COREY R. AMUNDSON
   Chief, Public Integrity Section
2  Criminal Division
   JONATHAN E. JACOBSON
3  Trial Attorney, Public Integrity Section
   1301 New York Ave. NW, 10th Fl.
4  Washington, DC 20005
   202-514-1412
5  Email: Jonathan.Jacobson@usdoj.gov
   *Attorneys for the United States*
6

FILED
ENTERED
SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 19 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF NEVADA

9
   UNITED STATES OF AMERICA,                    **SEALED**
10                                      **CRIMINAL INDICTMENT**

11         Plaintiff,                   Case No. 2:22-cr-*008 JCM EJY*

12  v.
                                        **VIOLATIONS:**
13
   GJERGI LUKE JUNCAJ,                  **Counts One–Four:**
14  a/k/a "Gjergj Juncaj,"
   a/k/a "Gjurgi Juncaj,"               47 U.S.C. § 223(a)(1)(C)
15  a/k/a "George Juncaj,"
                                        (Threatening Telephone Call)
16
           Defendant.
17

18

19  **THE GRAND JURY CHARGES THAT:**

20              **BACKGROUND ALLEGATIONS**

21      1.      At all times material to this Indictment, unless otherwise set forth, with all dates

22  and times alleged to be "on or about" or "approximately":

23
                              1
24

2.      The defendant, GJERGI LUKE JUNCAJ, a/k/a "Gjergj Juncaj," a/k/a "Gjurgi Juncaj," a/k/a "George Juncaj," was an individual who resided in the State of Nevada and possessed a cellular telephone associated with the phone number (248) ***-1551 (the "1551 phone number").

3.      On January 6, 2021, the United States Congress convened to certify the vote of the Electoral College for the 2020 United States Presidential Election. The certification process was disrupted by a violent crowd.

4.      Under Nevada law, the Nevada Secretary of State is the Chief Officer of Elections for the state and is responsible for the execution and enforcement of state and federal laws relating to elections in Nevada.

**THE THREATENING COMMUNICATIONS ON JANUARY 7, 2021**

5.      On January 7, 2021, at 8:07 a.m., JUNCAJ, from the 1551 phone number, called a publicly listed phone number for the Nevada Secretary of State's Office. The call was transferred to the Elections Division and S.M.—a Nevada Secretary of State's Office employee—answered the call. JUNCAJ then stated to S.M. in a raised voice, in sum and substance: "I want to thank you for such a great job you all did on stealing the election. I hope you all go to jail for treason. I hope your children get molested. You are all going to fucking die." S.M. stated to JUNCAJ, in sum and substance, that she did not have to "take this abuse" and she ended the call.

6.      Approximately 12 minutes later, at 8:19 a.m., JUNCAJ, from the 1551 phone number, again called the Nevada Secretary of State's Office and was transferred to S.M. On

2

1   this call, JUNCAJ stated in a raised voice, in sum and substance: "You are all going to die."

2   S.M. replied that she was contacting the police.

3       7.     As a result of JUNCAJ's threatening communication, S.M. became fearful and

4   upset, and, at 8:21 a.m., called the Nevada Capitol Police. On that call, S.M. informed

5   Officer-1 about JUNCAJ's threatening calls. S.M. also provided Officer-1 with the 1551

6   phone number and explained that the threatening calls had come from that number.

7       8.     At 8:24 a.m., JUNCAJ, from the 1551 phone number, again called the Nevada

8   Secretary of State's Office and was transferred to S.M. JUNCAJ stated in a raised voice, in

9   sum and substance: "You guys really fucked this election up." JUNCAJ added, in sum and

10   substance, that S.M. and others in her office "are all going to die."

11       9.     At 8:25 a.m., JUNCAJ, from the 1551 phone number, again called the Nevada

12   Secretary of State's Office and was transferred to S.M. JUNCAJ stated in a raised voice, in

13   sum and substance: "This is what you're going to fucking get from now on. You are all going

14   to fucking die and it is what you deserve."

15       10.    At 8:26 a.m., S.M. again contacted Officer-1 about JUNCAJ's threatening

16   calls.

17       11.    At 8:40 a.m., Officer-1 called JUNCAJ at the 1551 phone number. On that call,

18   JUNCAJ complained in a raised voice, in sum and substance, that Officer-1 was harassing

19   him. JUNCAJ ended the call.

20       12.    At no time on any of the preceding calls did JUNCAJ disclose his identity.

21

22

23

24                                                       3

**COUNT ONE**
(47 U.S.C. § 223(a)(1)(C) – Threatening Telephone Call)

13.    Paragraphs One through Twelve are incorporated and realleged as if fully set forth herein.

14.    On January 7, 2021, at 8:07 a.m., within the District of Nevada, the defendant,

**GJERGI LUKE JUNCAJ**

did, in interstate and foreign communications, make a telephone call, whether or not conversation or communication ensued, without disclosing his identity and with intent to threaten any specific person, to wit: to state on a telephone call to S.M., an employee of the Nevada Secretary of State Elections Division, in sum and substance: "You are all going to fucking die."

In violation of Title 47, United States Code, Section 223(a)(1)(C).

**COUNT TWO**
(47 U.S.C. § 223(a)(1)(C) – Threatening Telephone Call)

15.    Paragraphs One through Twelve are incorporated and realleged as if fully set forth herein.

16.    On January 7, 2021, at 8:19 a.m., within the District of Nevada, the defendant,

**GJERGI LUKE JUNCAJ**

did, in interstate and foreign communications, make a telephone call, whether or not conversation or communication ensued, without disclosing his identity and with intent to threaten any specific person, to wit: to state on a telephone call to S.M., an employee of the Nevada Secretary of State Elections Division, in sum and substance: "You are all going to die."

4

1    In violation of Title 47, United States Code, Section 223(a)(1)(C).

2                               **COUNT THREE**
                   (47 U.S.C. § 223(a)(1)(C) – Threatening Telephone Call)
3

4        17.    Paragraphs One through Twelve are incorporated and realleged as if fully set

5    forth herein.

6        18.    On January 7, 2021, at 8:24 a.m., within the District of Nevada, the defendant,

7                               **GJERGI LUKE JUNCAJ**

8    did, in interstate and foreign communications, make a telephone call, whether or not

9    conversation or communication ensued, without disclosing his identity and with intent to

10   threaten any specific person, to wit: to state on a telephone call to S.M., an employee of the

11   Nevada Secretary of State Elections Division, in sum and substance: "You are all going to

12   die."

13       In violation of Title 47, United States Code, Section 223(a)(1)(C).

14
                                 **COUNT FOUR**
15                 (47 U.S.C. § 223(a)(1)(C) – Threatening Telephone Call)

16       19.    Paragraphs One through Twelve are incorporated and realleged as if fully set

17   forth herein.

18       20.    On January 7, 2021, at 8:25 a.m., within the District of Nevada, the defendant,

19                               **GJERGI LUKE JUNCAJ**

20   did, in interstate and foreign communications, make a telephone call, whether or not

21   conversation or communication ensued, without disclosing his identity and with intent to

22   threaten any specific person, to wit: to state on a telephone call to S.M., an employee of the

23

24                                       5

1  Nevada Secretary of State Elections Division, in sum and substance: "This is what you're

2  going to fucking get from now on. You are all going to fucking die and it is what you deserve."

3        In violation of Title 47, United States Code, Section 223(a)(1)(C).

4

5        **DATED:** this 19th of January, 2022

6        **A TRUE BILL**:

7

8                                                    /s/
                                         FOREPERSON OF THE GRAND JURY

9

10

11   COREY R. AMUNDSON
     Chief, Public Integrity Section

12

13

14   JONATHAN E. JACOBSON
     Trial Attorney

15

16

17

18

19

20

21

22

23

24