RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Gjergi Luke Juncaj

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GJERGI LUKE JUNCAJ,<br><br>        Defendant. | Case No. 2:22-cr-00008-JCM-EJY<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE REGARDING REPORT AND RECOMMENDATION**<br>**[ECF NO. 69]**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jonathan E. Jacobson, Trial Attorney, Public Integrity Section, and Lauren Castaldi, Trial Attorney, Public Integrity Section, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar and Rebecca Levy, Assistant Federal Public Defenders, counsel for Gjergi Luke Juncaj, that the defendant's response deadline to the Report and Recommendation, (ECF No. 69) currently due February 14, 2023, be vacated and extended to February 21, 2023.

　　　The Stipulation is entered into for the following reasons:

1. Counsel for defense will be out of jurisdiction or otherwise unavailable between 2/9/23 and 2/14/23.

2. The defendant is not incarcerated and does not object to the extension.

3. The parties agree to the extension of the response.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time within which to be able to effectively litigate the issues at hand and continue in an effort to resolve the case.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the first stipulation to extend this responsive pleading deadline.

DATED this 1st day of February, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Navid Afshar*<br>　　　*Rebecca Levy*　　　<br>NAVID AFSHAR<br>REBECCA LEVY<br>Assistant Federal Public Defenders | By */s/ Jonathan E. Jacobson*<br>　　　*Lauren Castaldi*　　　<br>JONATHAN E. JACOBSON<br>LAUREN CASTALDI<br>Trial Attorneys<br>Public Integrity Section |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>GJERGI LUKE JUNCAJ,<br><br>          Defendant. | Case No. 2:22-cr-00008-JCM-EJY<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for defense will be out of jurisdiction or otherwise unavailable between 2/9/23 and 2/14/23.

2. The defendant is not incarcerated and does not object to the extension.

3. The parties agree to the extension of the response.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The extension sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

**ORDER**

IT IS THEREFORE ORDERED that the defendant's response deadline to the Report and Recommendation, (ECF No. 69) currently due February 14, 2023, be vacated and extended to February 21, 2023.

Dated this 1st day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE