1
2
3
4                    UNITED STATES DISTRICT COURT
5                        DISTRICT OF NEVADA
6                                * * *
7   UNITED STATES OF AMERICA,                Case No. 2:22-CR-8 JCM (EJY)
8                        Plaintiff(s),                      ORDER
9        v.
10  GJERGI JUNCAJ,
11                       Defendant(s).
12

13        Presently before the court is defendant Gjergi Luke Juncaj ("defendant")'s motion to

14  continue response to motion *in limine*.  (ECF No. 74).  The government responded.  (ECF No.

15  75).  Both the motion and response, as well as the relevant motion *in limine*, have been filed

16  under seal.  (ECF Nos. 66, 74, 75).

17        Defendant seeks additional time to respond to the government's motion *in limine* to

18  exclude certain evidence related to a witness's testimony (the "disputed evidence").  (ECF No.

19  74; *see* ECF No. 66).  Defendant submits he wishes to consult an expert regarding the disputed

20  evidence's effect on the witness.  (ECF No. 74; *see* ECF No. 66).  The issue underlying the

21  motion *in limine* is a question of law: whether the disputed evidence is relevant to an objective

22  determination.  (*See* ECF No. 66).  An outside expert opinion is not necessary to any

    nonfrivolous argument defendant could present in response to the government's motion.

23        Accordingly,

24        IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to

25  continue response to motion *in limine* (ECF No. 74) is DENIED.

26        IT IS FURTHER ORDERED defendant shall have up to and including February 23,

27  2023, to file any response to the motion *in limine*.

    . . .

28

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED the government shall have seven days from the filing of

2  any response to reply.

3    DATED February 22, 2023.

4

5  UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**