**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GJERGI LUKE JUNCAJ,<br><br>　　　　　Defendant. | 2:22-cr-00008-JCM-EJY<br><br>DATE: May 8, 2023<br><br>MINUTES OF PROCEEDINGS<br><br>JURY TRIAL |

THE HONORABLE <u>JAMES C. MAHAN,</u>  UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>Angela Reyes and Summer Rivera</u>  REPORTER: <u>Judy Moore</u>

COUNSEL FOR PLAINTIFF:  <u>Jonathan Jacobson, Lauren Castaldi</u>

COUNSEL FOR DEFENDANT:  <u>Rebecca Levy, Navid Afshar</u>

MINUTES OF PROCEEDINGS: <u>Jury Trial (Day 1)</u>

9:14 a.m.  The Court convenes in the presence of fifty-seven (57) prospective jurors.  The prospective jurors are sworn and voir dire commences.

10:21 a.m.  The Court stands at recess for a morning break.

10:40 a.m.  The Court reconvenes in the presence of the prospective jurors.  Voir dire continues.  Counsel exercise their peremptory challenges. The Court excuses the unselected jurors.  The selected jury is sworn.

12:21 p.m.  The jury is admonished and excused for lunch.  The Court stands at recess.

1:45 p.m.  The Court reconvenes outside the presence of the jury to discuss housekeeping matters.

1:48 p.m. The jury enters the courtroom.  The Court provides the jury with preliminary instructions.

1:50 p.m.  Lauren Castaldi makes opening statements on behalf of the Plaintiff.

2:07 p.m. Parties hold a side bar.

2:11 p.m. The Court stands at a brief recess.

2:15 p.m.  The Court reconvenes.  The Court makes a ruling, as stated in open court, on the issue discussed at side bar.

2:18 p.m.  Rebecca Levy makes opening statements on behalf of the Defendant.

2:26 p.m.  Jonathan Jacobson calls **Staci McElyea** to the witness stand.  The witness is sworn and testifies on direct examination. **Exhibit 1 is marked and admitted into evidence.**

3:09 p.m.  The jury is admonished and excused for an afternoon break.

3:25 p.m.  The Court reconvenes in the presence of the jury.

3:26 p.m. Staci McElyea, previously sworn, testifies on cross-examination by Ms. Levy.
Re-direct examination by Mr. Jacobson. Re-cross examination by Ms. Levy.

3:58 p.m.  Ms. Castaldi calls Steven Fleischmann to the witness stand.  The witness is sworn and testifies on direct examination.

4:10 p.m.  Ms. Levy conducts cross-examination of Steven Fleischmann.

4:16 p.m.  Ms. Castaldi calls Krista Williams to the stand.  Defense counsel objects.

4:17 p.m.  The Court requests the jury to leave the courtroom so that the parties may make arguments regarding the witness examination.  The Court will allow the testimony of Krista Williams as stated in open court.

4:21 p.m.  The jury enters the courtroom.

4:22 p.m. Ms. Castaldi calls Krista Williams to the witness stand. The witness is sworn and testifies on direct examination. Ms. Levy conducts cross-examination of Krista Williams.

4:32 p.m.   The Court and parties discuss the trial schedule for the following day. The jury is admonished and excused for the day.  Court adjourns.

Jury Trial continued to Tuesday, May 9, 2023 at 9:00 a.m. in Courtroom 6A before Judge James C. Mahan.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Angela Reyes, Deputy Clerk