**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
*** * * ***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GJERGI LUKE JUNCAJ,<br><br>　　　　　Defendant. | 2:22-cr-00008-JCM-EJY<br><br>DATE: May 9, 2023<br><br>MINUTES OF PROCEEDINGS<br><br>JURY TRIAL |

THE HONORABLE JAMES C. MAHAN, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Summer Rivera   REPORTER: Samantha McNett (AM) and Judy Moore (PM)

COUNSEL FOR PLAINTIFF:  Jonathan Jacobson and Lauren Castaldi

COUNSEL FOR DEFENDANT:  Rebecca Levy and Navid Afshar

MINUTES OF PROCEEDINGS: Jury Trial (Day 2)

9:07 a.m.  - The Court convenes. The jury enters the courtroom, and the parties stipulate to the presence of the jury. Defendant is present at liberty. Witness, Mark Wlaschin, called on behalf of the Government, is sworn and testifies on direct examination by Mr. Jacobson. Government's exhibit 2 and 11 are marked and admitted. Cross-examination by Mr. Afshar. Re-direct by Mr. Jacobson.

10:01 a.m. - The Government calls Susan Johnson to the witness stand. The witness is sworn and testifies. Direct examination begins by Mr. Jacobson.

10:22 a.m. - The jury is admonished and excused for a morning break. The Court stands at recess.

10:40 a.m. - The Court reconvenes. The jury enters the courtroom, and the parties stipulate to the presence of the jury. Ms. Johnson, being previously sworn, resumes the stand on direct examination by Mr. Jacobson. Government exhibit's 19, 21, 23, 25, 27, 28, 30, 31, 34, and 35 are marked and admitted. Cross-examination by Mr. Afshar. Re-direct by Mr. Jacobson.

11:20 a.m. - The Government calls Selvin Cordoza to the witness stand. The witness is sworn and testifies. Direct examination begins by Mr. Jacobson.  Government's exhibit 18 is marked. The witness is temporarily excused.

11:28 am - The Government calls Dan Coxon to the witness stand. The witness is sworn and testifies. Direct examination begins by Ms. Castaldi. Government exhibit's 32 and 37 are marked and admitted. Cross examination by Ms. Levy.

11:40 am - The Government calls Jazmine Lee to the witness stand. The witness is sworn and testifies. Direct examination begins by Mr. Jacobson. Government exhibit 33 is marked and admitted. Cross examination by Mr. Afshar.

11:57 am - The Government calls Chris Norfolk to the witness stand. The witness is sworn and testifies. Direct examination begins by Ms. Castaldi. Cross examination by Mr. Afshar.

12:13 p.m. - The jury is admonished and excused for lunch.  The Court stands at recess.

1:32 p.m. - The Court reconvenes outside the presence of the presence of the jury.  Discussions are held regarding trial schedule. The defendant is canvassed by the court regarding his right to testify. Based upon counsel's representations, the court finds the defendant is competent to make the decision and that he is making the decision to not testify knowingly and voluntarily.

1:40 p.m. - The jury enters the courtroom, and the parties stipulate to the presence of the jury. Mr. Jacobson reads a stipulation into the record and witness Selvin Cordoza will not be returning to the witness stand.

1:42 p.m. – Government rests. Defense counsel instructs the Court they will not have any witnesses to testify and Defense rest their case.

1:45 p.m. - The jury is admonished and excused for the day.

1:46 p.m. - Outside the presence of the jury, Rule 29 Motion arguments are presented by Mr. Afshar. Ms. Castaldi responds. The Court Denies the motion.

2:24 p.m. – The Court is in recess to review jury instructions in chambers.

2:54 p.m. – The Court reconvenes outside the presence of the jury and provides an update as to how jury instructions will be discussed with counsel.

2:57 p.m. - The Court is in recess to continue the review of jury instructions in chambers.

3:12 p.m. – The Court reconvenes outside the presence of the jury. Counsel is provided with a copy of the Courts proposed disputed jury instructions. Discussions are held regarding Jury Instructions.

3:44 p.m.  Court adjourns.

Jury Trial continued to Wednesday, May 10, 2023 at 9:00 a.m. in Courtroom 6A before Judge James C. Mahan.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:      /S/
Summer Rivera, Deputy Clerk