**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-cr-00008-JCM-EJY |
| Plaintiff, | |
| vs. | DATE: May 10, 2023 |
| GJERGI LUKE JUNCAJ, | MINUTES OF PROCEEDINGS |
| Defendant. | JURY TRIAL |

THE HONORABLE JAMES C. MAHAN, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Summer Rivera   REPORTER: Judy Moore

COUNSEL FOR PLAINTIFF: Jonathan Jacobson and Lauren Castaldi

COUNSEL FOR DEFENDANT: Rebecca Levy and Navid Afshar

MINUTES OF PROCEEDINGS: Jury Trial (Day 3)

9:04 a.m. - The Court reconvenes. Defendant is present at liberty. Discussions are held regarding jury instructions outside the presence of the jury. The Court GRANTS [ECF No. 158] Defendant's request for modifications to the proposed jury instructions. The Court is in a short recess.

9:28 a.m – The court reconvenes. The jury enters the courtroom, and the parties stipulate to the presence of the jury. Jury instructions are read into the record.

10:07 a.m. – Mr. Jacobson presents closing arguments.

10:34 a.m. – Ms. Levy presents closing arguments.

11:03 a.m. - The jury is admonished and excused for a morning break. The Court stands at recess.

11:18 a.m. - The court reconvenes. The jury enters the courtroom, the parties stipulate to the presence of the jury.

11:19 a.m. – Mr. Jacobson presents a rebuttal argument.

11:30 a.m. – The jury is sworn. The bailiff is sworn to take charge of the jury. Alternate jurors are excused.

11:34 a.m. - The jury is excused to begin deliberations. The Court stands at recess.

2:52 p.m. - The Court reconvenes outside the presence of the jury. Defendant's presence is waived. Discussions are held regarding a jury note.

3:02 p.m. – The Court stands at recess.

3:42 p.m. - The Court reconvenes outside the presence of the jury. Defendant's presence is waived. Discussions are held regarding a jury note.

3:55 p.m. – The Court stands at recess.

4:22 p.m. The Court reconvenes. The jury enters the courtroom. The foreperson is identified. The jury confirms they have reached a unanimous verdict. The court publishes the verdict. The Court thanks the jurors for their service and the jury is excused.

4:30 Court is Adjourned.

DEBRA K. KEMPI, CLERK
U.S. DISTRICT COURT

BY:_____/S/_____
Summer Rivera, Deputy Clerk