```
           FILED              RECEIVED
           ENTERED            SERVED ON
                       COUNSEL/PARTIES OF RECORD

                    MAY 1 0 2023

                  CLERK US DISTRICT COURT
                   DISTRICT OF NEVADA
           BY:                           DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:22-cr-00008-JCM-EJW |
| v. | |
| GJERGI LUKE JUNCAJ, | |
| Defendant. | |

## VERDICT

We, the jury in the above entitled case, upon our oaths, do say:

1. **COUNT ONE:** That we unanimously find the defendant GJERGI LUKE JUNCAJ _Not Guilty_ [Not Guilty / Guilty] of the offense of Making a Threatening Telephone Call as charged in Count One of the Indictment.

2. **COUNT TWO:** That we unanimously find the defendant GJERGI LUKE JUNCAJ _Not Guilty_ [Not Guilty / Guilty] of the offense of Making a Threatening Telephone Call, as charged in Count Two of the Indictment.

3. **COUNT THREE:** That we unanimously find the defendant GJERGI LUKE JUNCAJ _Not Guilty_ [Not Guilty / Guilty] of the offense of Making a Threatening Telephone Call, as charged in Count Three of the Indictment.

**(continued on next page)**

4. **COUNT FOUR:** That we unanimously find the defendant GJERGI LUKE JUNCAJ _Not Guilty_ [Not Guilty / Guilty] of the offense of Making a Threatening Telephone Call, as charged in Count Four of the Indictment.

Dated this _10_ day of _May_, 2023.