# EXHIBIT LIST



Case No.:   2:22-cr-00008-JCM-EJY-1

Caption:    USA v. Gjergi Juncaj

Exhibits for AUSA

| DATE MARKED | DATE ADMITTED | EXHIBIT NUMBER | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 5/8/23 | 5/8/23 | 1 | McElyea | Email – W laschin forwarding |
| 5/9/23 | 5/9/23 | 2 | Wlaschin | Email NTAC following up |
| | | 3 | | Email |
| | | 4 | | Email – Williams forwarding |
| | | 5 | | Email --- McElyea notifying |
| | | 6 | | Capitol Police Report -- Fleischman |
| | | 7 | | NTAC Juncaj Information |
| | | 8 | | Nevada Dept. of Public Safety Police Reports- Lefler |
| | | 9 | | Nevada Dept. of Public Safety Police Reports- When |
| | | 10 | | Secretary of State Organization Chart |
| 5/9/23 | 5/9/23 | 11 | Wlaschin | Secretary of State Call Logs – January 2021 |
| | | 12 | | Secretary of State Call Logs – September 2021 |
| | | 13 | | Secretary of State Call Log Spreadsheet – September 2021 |
| | | 14 | | Verizon subscriber information |
| | | 15 | | Verizon tolls |
| | | 16 | | Verizon 902(11) and 803 |

Page  2  of  2

| DATE MARKED | DATE ADMITTED | EXHIBIT NUMBER | WITNESS | DESCRIPTION |
|---|---|---|---|---|
|  |  | 17 |  | Verizon device identification |
| 5/9/23 |  | 18 | Cardoza | Verizon subscriber information |
| 5/9/23 | 5/9/23 | 19 | Johnson | T-Mobile switch spreadsheet |
|  |  | 20 |  | T-Mobile 902(11) and 803 |
| 5/9/23 | 5/9/23 | 21 | Johnson | T-Mobile – Juncaj toll records |
|  |  | 22 |  | T-Mobile 902(11) and 803 Cert – Juncaj subscriber info |
| 5/9/23 | 5/9/23 | 23 | Johnson | T-Mobile subscriber information – Juncaj |
|  |  | 24 |  | T-Mobile 902(11) and 803 Cert – Juncaj account memos |
| 5/9/23 | 5/9/23 | 25 | Johnson | T-Mobile account memos – Juncaj |
|  |  | 26 |  | T-Mobile 902(11) and 803 Cert Norfolk |
| 5/9/23 | 5/9/23 | 27 | Johnson | T-Mobile Norfolk Home Subscriber information |
| 5/9/23 | 5/9/23 | 28 | Johnson | T-Mobile toll records - Norfolk |
|  |  | 29 |  | T-Mobile 902(11) and 803 Cert – McElyea cell |
| 5/9/23 | 5/9/23 | 30 | Johnson | T-Mobile McElyea cell subscriber information |
| 5/9/23 | 5/9/23 | 31 | Johnson | T-Mobile toll records – McElyea cell |
| 5/9/23 | 5/9/23 | 32 | Coxon | Juncaj Physical Samsung Cell Phone |
| 5/9/23 | 5/9/23 | 33 | Lee | Cellebrite Extraction Report |
| 5/9/23 | 5/9/23 | 34 | Johnson | McElyea T-Mobile Calls Summary |
| 5/9/23 | 5/9/23 | 35 | Johnson | Juncaj T-Mobile Calls Summary |

|  |  || |  |
|---|---|---|---|---|
|  |  | 36 |  | Juncaj Clark County Order for Change of Name dated 2016 |
| 5/9/23 | 5/9/23 | 37 | Coxon | Photos of Juncaj Samsung Cell Phone |
|  |  | 38 |  | Complete Cellebrite Extraction Report |