# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GJERGI LUKE JUNCAJ,<br><br>Defendant. | Case No. 2:22-cr-00008-JCM-EJY<br><br>ORDER |

This Court having ordered the jury impaneled in the above-entitled action kept together during the periods of trial and deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of the Court.

DATED: May 10th, 2023

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

```
____FILED           ____RECEIVED
____ENTERED         ____SERVED ON
           COUNSEL/PARTIES OF RECORD

         MAY 10 2023

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____DEPUTY
```