AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF _____NEVADA_____

UNITED STATES OF AMERICA

V.

GJERGI LUKE JUNCAJ

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 2:22-cr-00008-JCM-EJY


The Defendant was found Not Guilty on Counts 1-4 by the jury.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.


_____
Signature of Judge

JAMES C. MAHAN                    U.S. District Judge
Name of Judge                          Title of Judge

5/12/2023
Date